Rev. 6/03




UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
**Pro se [Non-prisoner] Complaint Form**

Greensboro Division

Rashad C. Ranzy,
(Your Name)
Plaintiff,

v.

Mr. Michael Robert Shay

Defendant(s).

Civil Action No. 23CV292
(to be assigned by the Clerk)

COMPLAINT

I. JURISDICTION

42 U.S. Code § 1983 - Civil action for deprivation of rights

II. PARTIES

A. Plaintiff

Name of Plaintiff: Rashad C. Ranzy

Address: 625 West 6th Street, Apt. 10L
Winston-Salem, NC, 27101

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant:

Current Address: Mr. Michael Robert Shay
P.O. Box 21508,
Winston-Salem, NC, 27120

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

III. STATEMENT OF CLAIM

(State here as briefly as possible the **FACTS** of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES.** Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

Attached: Next Pages

## Statement of Claim III

1.

The "United States District Court for the Middle District of North Carolina: Greensboro Division," has Subject-Matted Jurisdiction, over the "Nature of Case," in this, "Civil Rights Complaint," being pursued under, "42 United States Code § 1983-Civil action for deprivation of rights."

2.

For the purpose of confirmation, "42 United States Code § 1983-Civil action for deprivation of rights," states: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

3.

This paragraph, defines or explains the "Statement of Claim," which is the same as, the "Nature of Case," being pursued under, "42 U.S. Code § 1983," which is as follows: I, Rashad C. Ranzy, whom is the Plaintiff, "Claim," Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, whom is under the "Regulation," as well as the, "Authority," of "State Actor," "North Carolina State Bar," as an "Active Member," of "State Actor," "North Carolina State Bar," whom is presently eligible to "Practice Law," in

the "Jurisdiction," of Forsyth County, North Carolina, United States of America, has caused me, Rashad C. Ranzy, whom is the Plaintiff, and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, United States of America, to be a "Person," subject to the "Deprivation," of the "Right," "Privilege," of an, Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," that is presently eligible to "Practice Law," in North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," under, "42 U.S. Code § 1983," on the, bases, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom is presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America, has committed the act of "Omission," as well as, "Deprivation," by declining me, Rashad C. Ranzy, whom is the Plaintiff, legal representation, therefore, consequently, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom is presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America, "has not," acted pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," by starting the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law."

Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, committed the act of "Omission," as well as "Deprivation," by not acting pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," under the "Color of State Law," on the bases, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, is an "Active Member," of "State Actor," "North Carolina State Bar," whom is currently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America.

5.

All, Attorneys/Lawyers, have to be "Active Members," of "State Actor," "North Carolina State Bar," in order to "Practice Law," in North Carolina, United States of America, and have to act in accordance with "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct." "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," are both considered "Declaratory Decrees," and "Laws," in regards to, "42 U.S. Code § 1983." A copy of "The North Carolina State Bar: Oath of office as an Attorney at Law," is obtainable from, "State Actor," "North Caolina State Bar," and the "Rules of Professional Conduct," is located in the, "North Carolina State Bar: Lawyers handbook," published yearly by "State Actor," "North Carolina State Bar." A copy of, "The North Carolina State Bar: Oath of office as an Attorney at Law," has been sent, along with "Civil Right Complaint," being pursued under "42 U.S. Code § 1983," "titled," accordingly. Also, a copy of the "Rules of Professional Conduct," located in the "North Carolina State Bar: Lawyers handbook," published yearly by "State Actor," "North Carolina State Bar," has been sent, along with "Civil Right Complaint," being pursued under "42 U.S. Code § 1983."

6.

Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, is a "Person," "liable," for my, Rashad C. Ranzy, whom is the Plaintiff, "Injury," described in this paragraph. It is an "Injury," for me, Rashad C.

Ranzy, whom is the Plaintiff and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, Unted States of America, to be a "Person," subject to the "Deprivation," of the "Right," "Privilege," of an Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," whom has, "Jurisdiction," over Forsyth County, North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," under, "42 U.S. Code § 1983," on the basis, I, Rashad C. Ranzy, whom is the Plaintiff and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, Unted States of America, am in dire need of the "Right," "Privilege," of an Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," to act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," on the basis, I, Rashad C. Ranzy, whom is the Plaintiff and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, Unted States of America, am a "Person," subject to Slavery, Bondage, which could also be defined, as Oppression.

7.

"State Actor," "North Carolina State Bar," was created by the "North Carolina General Assembly," whom is also a "State Actor." I, Rashad C. Ranzy, whom is the Plaintiff, "Claim," I, did notify "State Actor," "North Carolina State Bar," whom has "Authority," as well as," "Regulation," over the "legal profession," in the state of "North Carolina," "United State of America," that I, Rashad C. Ranzy, whom is the Plaintiff, have not been able to obtain, an, Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," with the "want and will," to act pursuant to "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," accordingly, by starting the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which

could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law," although most of the Attorneys/Lawyers, whom are "Active Members," of "State Actor" "North Carolina State Bar," whom I, Rashad C. Ranzy, whom is the Plaintiff, have "talked," to do "affirm," that I, Rashad C. Ranzy, whom is the Plaintiff, do have real "legal hardships," "legal problems," that need to remedied in the "Court of Law," and have encouraged me to keep seeking "legal representation," or an Attorney/Lawyer. "State Actor," "North Carolina State Bar," sent me, Rashad C. Ranzy, whom is the Plaintiff, a "Grievance Packet," via email, which shall be filed within, six years, which states verbatim, "*I understand that the State Bar cannot give me legal advice, cannot represent me or intervene on my behalf in a court proceeding, cannot remove a lawyer from a case, cannot determine whether a lawyer committed malpractice or is indebted to me, and cannot change court orders. I understand that if I believe I have suffered damages because of an act or omission of a lawyer, I should not wait for the State Bar's disposition of a complaint before pursuing any legal claim or seeking legal advice.*" which I, Rashad C. Ranzy, whom is the Plaintiff, do understand well, which, is reason, for me to pursue this "Civil Rights Complaint," under "42 United States Code § 1983-Civil action for deprivation of rights," against Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, whom is an "Active Member," of "State Actor," "North Carolina State Bar." It is, defined, "Malpractice," for Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, whom is an "Active Member," of "State Actor," "North Carolina State Bar," to commit the act of "Omission," as well as, "Deprivation," by not acting pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," on my, Rashad C. Ranzy, whom is the Plaintiff, behalf, on the basis I, am in the

condition of Slavery, Bondage, which could also be defined as Oppression. Me, Rashad C. Ranzy, whom is the Plaintiff, being a "Person," subject to the "Deprivation," of, the "Right," "Privilege," of an Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," under "42 United States Code § 1983," is subject to "Injury," as well as being, subject to "Damage," which Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, whom is an "Active Member," of "North Carolina State Bar," is "liable," for in this "Civil Rights Complaint," being pursued under, "42 United States Code § 1983." A copy of the "Grievance Packet," received from "State Actor," "North Carolina State Bar," has been sent, along with "Civil Right Complaint," being pursued under "42 U.S. Code § 1983."

8.

The 13th Amendment Section 1. of the Constitution of the United States- The "Supreme Law," of the United States of America-prohibits Slavery, Bondage, which could also be defined as Oppression. Section 17. of the North Carolina Constitution, also prohibits Slavery, Bondage, which could also be defined as Oppression, which is significant, on the basis, I, Rashad C. Ranzy, whom is the Plaintiff, currently reside in Winston-Salem, Forsyth County, North Carolina, Unted States of America.

9.

A brief description of the real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, which need to be "examined," and "remedied," in an non-piecemeal fashion, in the "Court of Law," are as follows: Inadequate education, I, Rashad C. Ranzy, whom is the Plaintiff, was "functionally illiterate," when I, graduated high school in year "2005"; my, Rashad C. Ranzy, whom is the Plaintiff, mother, LaDonna Wright, whom is the "Non-Consensual Payee," of my, Rashad C. Ranzy, whom is the

Plaintiff, Social Security Disability Benefits, which consist of "Cash," being subject to, "stealing," in legal terms, my, Social Security Disability Benefits, which consist of "Cash"; Involuntarily Commitment, to Mental Health/Psychiatric Hospitals, which I, Rashad C. Ranzy, whom is the Plaintiff, have real "bills," and "debt," for; Inadequate municipals services; Inadequate public housing; Homelessness; not being able to obtain adequate "legal assistance" and etc.

10.

The real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, has caused my, "Net Worth," to be disparage significantly, considering the fact that I, Rashad C. Ranzy, whom is the Plaintiff, am a 35-Year-old Adult, which is an issue that needs to be examined, by an Attorney/Lawyer, whom is educated to do so, with the intention to obtain "justice," in the "Court of Law." I, Rashad C. Ranzy, whom is the plaintiff, absolutely am a "Pauper," on the basis, I, am in the condition of Slavery, Bondage, which could also be defined as Oppression, not on the bases, of lacking the "intelligence," or lacking the "want and will," to engage in a substantial gainful activity in regards to obtaining "Wealth," or a "Good Life," as a natural born citizen, of the, United States of America, which is absolutely subject to, "Wrong," and which absolutely needs to be set "Right," in the "Court of Law," by an Attorney/Lawyer, whom is educated to, do so.

11.

Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom is presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America, "Should," be charged with "Deprivation," on the bases, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom is presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County,

North Carolina, United States of America, "did not," act in accordance with, "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," on my, Rashad, C. Ranzy, whom is the Plaintiff, behalf, whom is in the condition of Slavery, Bondage, which could also be defined as Oppression, which has cause me, Rashad C. Ranzy, whom is the Plaintiff, and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, United States of America, to be a "Person," subject to the "Deprivation," under, "42 United States Code § 1983," of the "Right," "Privilege," of an Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," and presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct."

12.

In conclusion, I, Rashad Ranzy, whom is the Plaintiff, have reached out to an ample amount of Attorneys/Lawyers, whom are "Active Members," of "State Actor," "North Carolina State Bar," and eligible to "Practice Law," in North Carolina, United States of America, many of whom do "affirm," I, Rashad C. Ranzy, whom is the Plaintiff, do have real "legal hardships," "legal problems," that need to remedied in the "Court of Law," none of whom with the "want and will," to act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," and "remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me to be in the condition of Slavery, Bondage, which can also be defined as Oppression, in the "Cout of Law," including Defendant, Attorney/Lawyer, Mr. Michael Robert Shay. I have reached out to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, on three different occasions, in regards to being in "dire" need of Attorney/Lawyer, to "remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in the "Court of Law," in a non-piecemeal fashion, that

has gotten worse throughout the years, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression. The first time I, Rashad C. Ranzy, whom is the Plaintiff, reached out to, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, was on April 7, 2021. On, April 7, 2021, we had an approximately 7 minute phone conversation, where he, referring to, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, "affirmed," I, Rashad C. Ranzy, whom is the Plaintiff, do have real "legal hardships," "legal problems," that need to be remedied in the "Court of Law," but denied me, Rashad C. Ranzy, whom is the Plaintiff, "legal representation," and encouraged me to keep seeking "legal representation," or an Attorney/Lawyer. The second time I, Rashad C. Ranzy, whom is the Plaintiff, reached out to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, was on the basis, of a "referral." I, Rashad C. Ranzy, whom is the Plaintiff, had a brief relationship with Attorney/Lawyer, Ms. Shadari De'Asha Douglas, a "Team Member," of "Disability Rights North Carolina," whom is an "Active Member," of "State Actor," "North Carolina State Bar," and eligible to "Practice Law," in North Carolina, United States of America, whom referred me, Rashad C. Ranzy, whom is the Plaintiff, to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay. The second time I, Rashad C. Ranzy, whom is the Plaintiff reached out to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, was by email, on May 10, 2021, at the following email address, mike@cfpwlaw.com, which got blocked, for reasons unknown. The third time I, Rashad C. Ranzy, whom is the Plaintiff, reached out to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, in regards to needing, "legal representation," was on January 15, 2022, by email on the basis, of "Consideration," before pursuing a "Civil Rights Complaint," against Defendant, Attorney/Lawyer, Mr. Michael Robert Shay. On, January 15, 2022, I, Rashad C. Ranzy, whom is the Plaintiff, sent Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, an email, to the following email, address mshaylaw@outlook.com, provided by "State Actor," "North Carolina State Bar." Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, still has not responded to the email I, Rashad C. Ranzy, whom is the Plaintiff, sent January 15, 2022, in regards to still "needing" "legal representation," for being in the

condition of Slavery, Bondage, which could also be defined as Oppression. Consequently, I, Rashad C. Ranzy, whom is the Plaintiff, am a "Person," subject to the "Deprivation," the "Right," "Privilege," of an Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," and whom is presently eligible to "Practice Law," in the "Jurisdiction," of Forsyth County, North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," and start the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law," under, "42 United States Code § 1983," and Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, is a "Person," considered "liable," as an "Active Member," of "State Actor," "North Carolina State Bar," whom has Jurisdiction, over Forsyth County, North Carolina, Unted States of America. On November 8, 2022, I, Rashad C. Ranzy, whom is the Plaintiff, attempted to purse a "Civil Rights Complaint," against the Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, under, "42 United States Code § 1983," for causing me, Rashad C. Ranzy, whom is the Plaintiff, to be a, "Person," subject to the "Deprivation," of the "Right," "Privilege," of an Attorney/Lawyer, within in his, referring to, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, "Jurisdiction," Forsyth County, North Carolina, United States of America, with the "United States District Court for the Middle District of North Carolina: Greensboro Division," which is case number: 1:2022-cv-00953, which got "dismissed without prejudice," on February 6, 2023, by "United States District Judge,

Joe L. Webster," on the bases, it was "difficult to discern," and for failing to "comply with Rule 8 of the Federal Rules of Civil Procedure by not providing a short and plain statement of his claims," which has caused me, Rashad C. Ranzy, whom is the Plaintiff, to file a "new," "Civil Rights Complaint," with this "specific," "Civil Rights Complaint," as "new," under "42 United States Code § 1983," against Defendant, Attorney/Lawyer, Mr. Michael Robert Shay. So, therefore, this is my, Rashad C. Ranzy, whom is the Plaintiff, second attempt, to pursue a "Civil Rights Complaint," under "42 U.S. Code § 1983," with the "United States District Court for the Middle District of North Carolina: Greensboro Division," against Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, for causing me, Rashad C. Ranzy, whom is the Plaintiff, to be a "Person," subject to the "Deprivation," of the "Right," "Privilege," of an Attorney /Lawyer, under "42 U.S. Code § 1983," by, declining me, Rashad C. Ranzy, whom is the Plaintiff, "legal representation," as short and plain, while, thoroughly, satisfying, "42 United States Code § 1983," as I, Rashad C. Ranzy, whom is the Plaintiff, can, with clarity.

## IV. RELIEF

State briefly and exactly what relief you want from this court.

Attached: Next Pages

Signed this 30 day of March, 2023.

Rachel C. [signature]

Signature of Plaintiff

625 West 6th Street Apartment 10L

Address

Winston-Salem, NC 27101

(704)574-9917

Telephone Number

Shadgboss241987@gmail.com

E-Mail Address

## IV. Relief

1.

The "United States District Court for the Middle District of North Carolina: Greensboro Division," has Subject-Matted Jurisdiction, over the "Relief's Sought," in this, "Civil Rights Complaint," being pursued under, "42 United States Code § 1983-Civil action for deprivation of rights."

2.

For, the first "Relief Sought," I, Rashad C. Ranzy, whom is the Plaintiff, believe I am, entitled to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," to be "sanctioned," by the "United States District Court for the Middle District of North Carolina: Greensboro Division," which would be considered the "proper proceeding for redress," under, "42 United States Code § 1983," for not, acting in accordance with "The North Carolina State Bar: Oath of office as an Attorney at Law," or the "Rules of Professional Conduct," by starting the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law," on the bases, all Attorneys/Lawyers, whom are "Active Members," of "State Actor," "North Carolina State Bar," have to act in accordance with "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the "Rules of Professional Conduct," and on the bases, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay,

as an "Active Member," of "State Actor," "North Carolina State Bar," whom has "Jurisdiction," over Forsyth County, North Carolina, United States of America, has caused me, Rashad C. Ranzy, whom is the Plaintiff, and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, United States of America, to be a "Person," subject to the "Deprivation," of the "Right," "Privilege," of an, Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," that is presently eligible to "Practice Law," in North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules of Professional Conduct," under, "42 U.S. Code § 1983," by declining me, Rashad C. Ranzy, whom is the Plaintiff, legal representation, therefore, consequently, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom has "Jurisdiction," over Forsyth County, North Carolina, United States of America, has decline to act pursuant to "The North Carolina State Bar: Oath of office as an Attorney at Law," and the, "Rules of Professional Conduct," on my, Rashad C. Ranzy, whom is the Plaintiff, behalf, and start the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law."

3.

For, the second "Relief Sought," I, Rashad C. Ranzy, whom is the Plaintiff, believe I am, entitled to Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," to be "compelled," by the "United States District Court for the Middle District of North Carolina: Greensboro Division," to act, in accordance with "The North Carolina State Bar: Oath of office as an Attorney at Law," and the "Rules of Professional Conduct," which would be considered the "proper proceeding for redress," under, "42 United States Code § 1983," by starting the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law," on the bases, all Attorneys/Lawyers, whom are "Active Members," of "State Actor," "North Carolina State Bar," have to act in accordance with "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the "Rules of Professional Conduct," and on the bases, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom has "Jurisdiction," over Forsyth County, North Carolina, United States of America, has caused me, Rashad C. Ranzy, whom is the Plaintiff, and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, United States of America, to be a "Person," subject to the "Deprivation," of the "Right," "Privilege," of an, Attorney/Lawyer, whom is an "Active Member," of "State Actor," "North Carolina State Bar," that is presently eligible to "Practice Law," in North Carolina, United States of America, whom should act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," as well as the, "Rules

of Professional Conduct," under, "42 U.S. Code § 1983," by declining me, Rashad C. Ranzy, whom is the Plaintiff, legal representation, therefore, consequently, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom has "Jurisdiction," over Forsyth County, North Carolina, United States of America, has decline to act pursuant to, "The North Carolina State Bar: Oath of office as an Attorney at Law," and the, "Rules of Professional Conduct," on my, Rashad C. Ranzy, whom is the Plaintiff, behalf, and start the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law."

4.

For the third, "Relief Sought," I, Rashad C. Ranzy, whom is the Plaintiff, also believe I'm entitled to "living accommodations," such as, Shelter/Housing, a place of refuge to dwell, providing "safety," from "danger," "attack" and "observation" and "Cash," for food, clothing, transportation and etc. provided by Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, temporally, specifically, until all my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition, of Slavery, Bondage, which could also be defined as Oppression, are "remedied," in a non-piecemeal fashion, in the "Court of Law," which would be considered the "proper proceeding for redress," under, "42 United States Code § 1983," on the bases,

Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," did not act pursuant to "The North Carolina State Bar: Oath of office as an Attorney at Law," or the, "Rules of Professional Conduct," by starting the process of "examining" my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, with the purpose to, "Administer Justice," for my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, or "Remedy," my, Rashad C. Ranzy, whom is the Plaintiff, real "legal hardships," "legal problems," in a non-piecemeal fashion, that has caused me, Rashad C. Ranzy, whom is the Plaintiff, to be in the condition of Slavery, Bondage, which could also be defined as Oppression, in the "Court of Law," therefore, consequently, Defendant, Attorney/Lawyer, Mr. Michael Robert Shay, as an "Active Member," of "State Actor," "North Carolina State Bar," whom has "Jurisdiction," over Forsyth County, North Carolina, United States of America, is a "Person," considered "liable," for me, Rashad C. Ranzy, whom is the Plaintiff, and whom currently "Resides," in Winston-Salem, Forsyth County, North Carolina, United States of America, remaining in the condition of Slavery, Bondage, which could also be defined as Oppression.

5.

Cause of the following affair, specifically, described in this paragraph, that has contributed to me, Rashad C. Ranzy, whom the Plaintiff, being in the condition, of Slavery, Bondage, which could also be defined, as Oppression, I, Rashad C. Ranzy, whom is the Plaintiff, believe I'm entitled to Shelter/Housing. The affair that I, Rashad C. Ranzy, whom is the Plaintiff, am referring to, is "inadequate public housing," which is a condition, contributing, to me, Rashad C. Ranzy, whom is the Plaintiff, being in the condition, of Slavery, Bondage, which could also be defined, as Oppression. I, Rashad C. Ranzy, whom is the Plaintiff,

"claim," my apartment, at "Crytal Towers Apartment," which is "public housing," is inadequate, on the basis, of violent smells of illicit drugs, being used their, especially at night. On June 5, 2021, I, Rashad C. Ranzy, whom is the Plaintiff, developed an "Periumbilical Hernia," cause of the violent smells of illicit drugs, leaking into my apartment, which was diagnosed by Physican Assistant, Magdeline Walker Schott, at "Novant Health Forsyth Medical Center," which I, Rashad C. Ranzy, whom is the Plaintiff, need, surgery for. Prior to developing the "Periumbilical Hernia," I, Rashad C. Ranzy, whom is the Plaintiff, did notify, the "Winston-Salem Police Department," about the violent smells of illicit drugs, but nothing was done, on the basis the "Winston-Salem Police Department," could not identify, what apartment the smells of illicit drugs where coming from, although they did "affirm," that drugs are known to be used, within my, Rashad C. Ranzy, whom is the plaintiff, apartment building, at "Crystal Tower Apartments." Since, June 5, 2021 cause of the violent smells of illicit drugs, leaking into my, Rashad C. Ranzy, whom is the Plaintiff, apartment, I have been unable to fully utilize my, Rashad C. Ranzy, whom is the Plaintiff, apartment at "Crystal Towers Apartment," which has caused me to sleep outside, Winston-Salem, Forsyth County, North Carolina, United States of America, at night, which the "Winston-Salem Police Department," is aware of. Since January 6, 2023, I, Rashad C. Ranzy, whom is the Plaintiff, have been sleeping inside a "Bank of America," "ATM Walkin-Shelter," at night, at the following location: 426 S. Stratford Rd, Winston-Salem, NC, 27103, on the basis of "Safety," from "danger" and "attack," which the "Winston-Salem Police Department," is fully aware of. The "Winston-Salem Police Department," is aware that I, Rashad C. Ranzy, whom is the Plaintiff, am in dire need of an Attorney/Lawyer, which could be "construed," to "a 'Person,' subject to the 'Deprivation,' of an Attorney/Lawyer, determined, as a 'Right,' or 'Privilege,' whom is an 'Active Member,' of 'State Actor,' 'North Carolina State Bar,' whom should act in accordance with the, 'The North Carolina State Bar: Oath of office as an Attorney at Law,' as well as the, 'Rules of Professional Conduct.'"

**IV. Relief**