IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RASHAD C. RANZY,           )
                           )
         Plaintiff,        )
                           )
v.                         )     1:23-CV-292
                           )
MICHAEL ROBERT SHAY,       )
                           )
         Defendant.        )

## ORDER AND JUDGMENT

The United States Magistrate Judge filed a Recommendation and Order, Doc. 7, in accordance with 28 U.S.C. § 636(b). The Clerk served the recommendation on the plaintiff. The plaintiff filed a paper writing he entitled "Objection." Doc. 9. Despite a warning from the Magistrate Judge not to continue to file frivolous paper writings with the Court, Doc. 7 at 4-5, the Objections contain the same kind of meaningless phrases and incomprehensible assertions as did the earlier paper writings filed by the plaintiff. *See* Docs. 1, 4. After *de novo* consideration, the Court hereby adopts the Magistrate Judge's Recommendation and affirms his Order.

It is **ORDERED AND ADJUDGED** that the plaintiff's "Motion and Supporting Material," Doc. 4, is construed as an attachment to the complaint and the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B) as frivolous and for failure to state a claim.

The plaintiff is **WARNED** that further frivolous filings in this District may result in the imposition of a pre-filing injunction prohibiting the filing of further pleadings

without the prior permission of the Court, or other appropriate sanctions, including monetary sanctions.

This the 13th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE